IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAVIL MINGAZA GAMIL,<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>DILIARA MINGAZOVA,<br><br>    as Wife of RAVIL MINGAZA GAMIL;<br><br>*Petitioners/Plaintiffs,*<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Ave., N.W.<br>    Washington, D.C. 20500;<br><br>DONALD RUMSFELD,<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    Washington, D.C. 20301-1000;<br><br>ARMY BRIG. GEN. JAY HOOD,<br>    Commander, Joint Task Force – GTMO<br>    JTF-GTMO<br>    APO AE 09360; and<br><br>ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention<br>        Operations Group – JTF-GTMO,<br>    JTF-GTMO<br>    APO AE 09360,<br><br>  *Respondents/Defendants.* | CASE NO. 1:05CV0210<br><br>JUDGE:  James Robertson<br><br>DECK TYPE: Habeas Corpus/2255<br><br><br>**DOCUMENT FILED<br>ELECTRONICALLY** |

## **MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER**

Petitioner Ravil Mingaza Gamil, acting on his own behalf and through his wife, Diliara Mingazova, and by and through their undersigned counsel, hereby respectfully moves this Court to grant entry of the Amended Protective Order as set forth in the accompanying Memorandum in Support of Petitioner's Motion.[1]  Petitioner requests that this order be entered to facilitate his counsel's representation of Petitioner in this case.

Counsel for Respondents does not consent to the Court's entry of the Amended Protective Order.


Dated: June 7, 2006                LESNEVICH & MARZANO-LESNEVICH


                                   By: _____
                                       Walter A. Lesnevich (3227)
                                       Court Plaza South
                                       21 Main Street
                                       Hackensack, New Jersey 07601
                                       (201) 488-1161
                                       (201) 488-1162


                                       And

---

[1] This Motion is made without prejudice to Petitioner's right to challenge or seek modification of any particular terms of the Amended Protective Order in the future.

CENTER FOR CONSTITUTIONAL RIGHTS
Barbara J. Olshansky (NY_0057)
Tina Monshippour Foster
(Pursuant to LCvR 83.2(g))
Gitanjali S. Gutierrez
(Pursuant to LCvR 83.2(g))

666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6485
Fax: (212) 614-6499

Counsel for Petitioner