IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAVIL MINGAZA GAMIL,<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>DILIARA MINGAZOVA,<br><br>    as Wife of RAVIL MINGAZA GAMIL;<br><br>*Petitioners/Plaintiffs,*<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Ave., N.W.<br>    Washington, D.C. 20500;<br><br>DONALD RUMSFELD,<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    Washington, D.C. 20301-1000;<br><br>ARMY BRIG. GEN. JAY HOOD,<br>    Commander, Joint Task Force — GTMO<br>    JTF-GTMO<br>    APO AE 09360; and<br><br>ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention<br>        Operations Group — JTF-GTMO,<br>    JTF-GTMO<br>    APO AE 09360,<br><br>    *Respondents/Defendants.* | CASE NO. 1:05CV0210<br><br>JUDGE: James Robertson<br><br>DECK TYPE: Habeas Corpus/2255<br><br>**DOCUMENT FILED<br>ELECTRONICALLY** |

2

# **ORDER**

Upon consideration of Petitioner's Motion for Entry of Amended Protetive Order and the accompanying Memorandum in Support thereof, it is ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base at Guantanamo Bay, Cuba, issued November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)), the Order Addressing Designation Procedures for "Protected Information," issued November 10, 2004, and the Order Supplementing and Amending Filing Procedures contained in November 8, 2004 Amended Protective Order, issued December 13, 2004, in the *In re Guantanamo bay Detainee Cases* shall be entered in this case.

DATED: _____          _____
                                   James Robertson
                                   United States District Judge