IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)
RAVIL MINGAZA GAMIL,                                    )
    Detainee,                                          )
    Guantanamo Bay Naval Station                       )
    Guantanamo Bay, Cuba;                              )
                                                       )
                                                       )
DILIARA MINGAZOVA,                                      )
                                                       )
    as  Wife  of  RAVIL  MINGAZA                       )
GAMIL;                                                  )
                                                       )
*Petitioners/Plaintiffs,*                               )
                                                       )    CASE NO. 1:05CV0210
v.                                                      )
                                                       )    JUDGE:  James Robertson
                                                       )
GEORGE W. BUSH,                                         )    DECK TYPE: Habeas Corpus/2255
    President of the United States                     )
    The White House                                    )
    1600 Pennsylvania Ave., N.W.                       )
    Washington, D.C. 20500;                            )    **DOCUMENT FILED**
                                                       )    **ELECTRONICALLY**
DONALD RUMSFELD,                                        )
    Secretary, United States                           )
    Department of Defense                              )
    1000 Defense Pentagon                              )
    Washington, D.C. 20301-1000;                       )
                                                       )
ARMY BRIG. GEN. JAY HOOD,                               )
    Commander, Joint Task Force — GTMO )
    JTF-GTMO )
    APO AE 09360; and                                  )
                                                       )
                                                       )
ARMY COL. MIKE BUMGARNER,                               )
    Commander, Joint Detention                         )
        Operations Group — JTF -GTMO,              )
    JTF-GTMO                                           )
    APO AE 09360,                                      )
*Respondents/Defendants.*                               )

## CERTIFICATION OF SERVICE

I here by certify that a copy of the Petitioner's Motion for a Protective Order was forwarded via UPS Overnight Mail to the following counsel for the Respondent on June 8, 2006:

Preeya M. Noronha, Esq.
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530

LESNEVICH & MARZANO-LESNEVICH

By: _____
      Walter A. Lesnevich (3227)
      Court Plaza South
      21 Main Street
      Hackensack, New Jersey 07601
      (201) 488-1161
      (201) 488-1162