CLEARED FOR PUBLIC FILING WITH CSO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ravil Mingaza Gamil, et al.,**  *Petitioners,*  v.  **George W. Bush, et al.,**  *Respondents.* | Civil Action No.: 05- CV-2010 (JR) |
| **Ghanim-Abdulrahman al-Harbi, et al.,**  *Petitioners,*  v.  **George W. Bush, et al.,**  *Respondents.* | Civil Action No.: 05-CV-2479 (HHK) |

## MOTION TO TRANSFER AND CONSOLIDATE

Petitioner Ravil Mingaza, also known as Ravil Mingazov Ghanim, by his counsel in the above-captioned petitions, moves the Court to transfer case number 05- CV-2010 to the Honorable Judge Henry K. Kennedy and to consolidate these cases.

As grounds for this motion petitioner refers to the memorandum of points and authorities attached hereto.

Dated: August 22, 2006

/s/ Melissa J. Keppel
Douglas K. Spaulding, D.C. Bar No. 936948
Bernard J. Casey, D.C. Bar No. 112219
Melissa J. Keppel, D.C. Bar No. 477302
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220

*CLEARED FOR PUBLIC FILING WITH CSO*

/s/ Walter A. Lesnevich
Walter A. Lesnevich
LESNEICH & MARZANO-LESNEVICH
Court Plaza South
21 Main Street
Hackensack, NJ 07601
Phone: (201) 488-1162

- 2 -