*CLEARED FOR PUBLIC FILING WITH CSO*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Ravil Mingaza Gamil, et al.,** | |
| *Petitioners,* | |
| v. | **Civil Action No.: 05- CV-2010 (JR)** |
| **George W. Bush, et al.,** | |
| *Respondents.* | |
| **Ghanim-Abdulrahman al-Harbi, et al.,** | |
| *Petitioners,* | |
| v. | **Civil Action No.: 05-CV-2479 (HHK)** |
| **George W. Bush, et al.,** | |
| *Respondents.* | |

## ORDER

Upon consideration of the Motion to Transfer and Consolidate filed on behalf of the petitioner in the above-captioned cases, and any opposition thereto, it is by the Court

ORDERED that the Motion is hereby GRANTED, and the case number 05-CV-2010 is hereby transferred to the Honorable Judge Henry K. Kennedy.

Entered this _____ day of August 2006.

_____
James Robertson
United States District Judge