*CLEARED FOR PUBLIC FILING WITH CSO*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Ravil Mingaza Gamil, et al.,** | |
| *Petitioners,* | |
| v. | Civil Action No.: 05- CV-2010 (JR) |
| **George W. Bush, et al.,** | |
| *Respondents.* | |
| | |
| **Ghanim-Abdulrahman al-Harbi, et al.,** | |
| *Petitioners,* | |
| v. | Civil Action No.: 05-CV-2479 (HHK) |
| **George W. Bush, et al.,** | |
| *Respondents.* | |

**ORDER**

Upon consideration of the Motion to Transfer and Consolidate filed on behalf of the petitioners in the above-captioned cases, and any opposition thereto, it is by the Court

ORDERED that the Motion is hereby GRANTED, and the case number 05-CV-2010 is hereby consolidated with case number 05-CV-2479.

Entered this _____ day of August 2006.

                                                                      _____
                                                                      Henry K. Kennedy
                                                                      United States District Judge