*CLEARED FOR PUBLIC FILING WITH CSO*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Petitioners' Motion to Transfer and Consolidate was served upon the following person by electronic filing and email on the 22nd day August, 2006:

        **Terry M. Henry, Esq.**
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., NW, Room 6120
        Washington, DC  20530

        /s/ Melissa J. Keppel
        Melissa J. Keppel