| | |
|---|---|
| From: | Andrew.Warden@usdoj.gov |
| Sent: | Tuesday, September 12, 2006 2:16 PM |
| To: | Spaulding, Douglas K. |
| Cc: | Lefrak, Allison M.; Keppel, Melissa J.; Casey, Bernard J. |
| Subject: | RE: Visit to Guantanamo |
| Attachments: | Habeas Counsel Visit Coordination Sheet.doc |



Habeas Counsel
Visit Coordinat...

Douglas,

Regarding your visit request, please fill out the attached visit request form, including a list of all visitors (including lawyers and translators), proposed flight information, and a proposed visit schedule. Given the limited flight schedules, you may want to confer with the airlines (Air Sunshine or Lynx Air) on flight availability before submitting your request. Once I have all the required information on the form, I'll forward your request on to personnel at Guantanamo and then let you know whether they can accommodate your requested dates.

Habeas visits are conducted Monday-Friday, but weekend arrivals are permitted. We also recommend that you build in half-day on either side of your requested interview dates to allow for arrival and departure. In addition to having obtained the required security clearance, prior to any visit, you must submit the following documents in accordance with the Protective Order:

a) A signed Memorandum of Understanding. See Protective Order ¶¶ 18 & 36, Exhibits B & C (requiring counsel to file a Memorandum of Understanding acknowledging the protective order with the Court and submit copies to the Court Security Officers and government counsel, and execute an Acknowledgment for access to protected information).

b) A "Notification of Representation". See Protective Order, Exhibit A, Revised Procedures for Counsel Access, ¶ III.C.1 (explaining that "[p]rior to being permitted access to the detainee counsel must provide DoD with 'Notification of Representation'"). Please include evidence of your authority to represent petitioner. Id.

c) A signed representation regarding the source of any counsel fees. See Protective Order, Exhibit A, Revised Procedures for Counsel Access, ¶ III.C.4.

Finally, at this time we can agree to make logistical arrangements for you to visit petitioner Al-Harbi only. Given the pending litigation regarding access to petitioners Merozhev and Mingazov, we cannot agree to schedule any visits with those petitioners.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

-----Original Message-----
From: DSpaulding@ReedSmith.com [mailto:DSpaulding@ReedSmith.com]
Sent: Monday, September 11, 2006 6:33 PM

1

```
To: Warden, Andrew (CIV)
Cc: BCasey@ReedSmith.com; MKeppel@ReedSmith.com; ALefrak@ReedSmith.com
Subject: RE: Visit to Guantanamo

Andrew--
     We intend to make travel arrangements to travel to Guantanamo on the afternoon of
Monday October 16 and for returning on the morning of Thursday October 19.  We will assume
that these dates are available for our visit and will book flights unless you advise us
there is some problem with those dates.  We would appreciate your response soon.
Thanks.
Douglas K. Spaulding


> _____
> From:    Spaulding, Douglas K.
> Sent:    Thursday, September 07, 2006 2:15 PM
> To: 'Andrew.Warden@usdoj.gov'
> Cc: Casey, Bernard J.; Keppel, Melissa J.; Lefrak, Allison M.
> Subject:  Visit to Guantanamo
>
> Andrew--
>     In light of the government's position that "respondents do not oppose
> providing counsel access to petitioner Al-Harbi consistent with the
> applicable Protective Order provisions", we would like to schedule a
> visit to Guantanamo during the week of October 16.  Please advise me
> whether a visit during that week will be permitted.  If the court
> grants our motion with respect to our two other clients, we would like
> to be able to schedule visits with them at the same time, and we will
> follow up with you on that request once there is a ruling.  We
> appreciate your quick response to our request to visit Mr. Al-Harbi
> (ISN#516) so that we can make travel plans.  Our case is Al-Harbi v.
> Bush, Case No. 1:05CV02479 (HHK).  Mr. Al-Harbi speaks Arabic.
> Thanks.
>
> Douglas K. Spaulding
> Phone- 202-414-9235
> Fax- 202-414-9299
> dspaulding@reedsmith.com
> Reed SmithLLP
> 1301 K Street, N.W.
> 1100 East Tower
> Washington, DC 20005
>
> This e-mail is confidential and may well be legally privileged.  If
> you have received it in error, you are on notice of its status.
> Please notify us immediately by reply e-mail and then delete this
> message from your system.  Please do not copy it or use it for any
> purposes, or disclose its contents to any other person.  To do so
> could violate state and Federal privacy laws.  Thank you for your
> cooperation.
>
>
```