*Approved for Public Filing by the CSO*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMER MOHAMMON, *et al.*, | : | |
| Petitioners, | : | |
| v. | : | No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH, *et al.*, | : | |
| Respondents. | : | |

## MOTION TO WITHDRAW PETITION AS
## TO PETITIONER ZEIN AL-ABEDEEN (ISN #1095)

Petitioner Zein Al-Abedeen (ISN #1095), by and through his undersigned counsel, respectfully submits this motion to withdraw the petition for a writ of *habeas corpus* filed on his behalf in the above-captioned case.[1] Respondents have identified Petitioner Zein Al-Abedeen as "Jumma Jan" with ISN "1095" on the publicly-available list of individuals detained by the Department of Defense between January 2002 and May 15, 2006. Respondents have also identified Petitioner Zein Al-Abedeen as "Zainulabidin Merozhev" with ISN "1095," who has a duplicate petition pending in *Al-Harbi v. Bush*, No. 05-2479 (HHK). *See* Exhibit D to Respondents' Status Report, *Mohammon v. Bush*, No. 05-2386 (RBW) (dkt. no. 109).

Accordingly, because Petitioner Zein Al-Abedeen currently has two duplicate petitions pending, he respectfully moves to withdraw the petition filed on his behalf in this case so that he may proceed under the petition filed in *Al-Harbi*. Although the petition in this case

---

[1] This motion is filed solely on behalf of Petitioner Zein Al-Abedeen (ISN #1095), and in no way impacts the claims filed on behalf of the other petitioners in this case.

was filed before the petition in *Al-Harbi*, Petitioner Zein Al-Abedeen seeks to proceed under the *Al-Harbi* petition for two reasons. First, he is already represented in *Al-Harbi* by the law firm of Reed Smith LLP. Second, the Amended Protective Order has been entered in *Al-Harbi* as to Petitioner Zein Al-Abedeen, and once the petition in this case is withdrawn as to him, he will be permitted access to his counsel in *Al-Harbi*, who intend to schedule a visit to Guantanamo Bay to meet with him. Moreover, because Respondents have not yet responded to the petition in this case, they would not be prejudiced by the withdrawal of the petition here solely as to Petitioner Zein Al-Abedeen.

Dated:   New York, New York
         September 7, 2006

                              Respectfully submitted,

                              Counsel for Petitioners:

                              /s/ Barbara Olshansky
                              Barbara Olshansky (NY-0057)
                              Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, New York 10012
                              Tel: (212) 614-6439
                              Fax: (212) 614-6499