UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ghanim-Abdulrahman al-Harbi, et al.,

          *Petitioners*,

v.

George W. Bush, et al.,

          *Respondents*.

Civil Action No: 05-CV-2479 (HHK)

## NOTICE OF FILING

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on June 28, 2007, the following document was submitted for clearance for public filing in this case: Notice of Recent Activity in Guantánamo Cases. The Notice of Recent Activity in Guantánamo Cases will be filed with the Court when it has been cleared by the Court Security Office.

Dated: June 28, 2007

/s/ Douglas K. Spaulding
Douglas K. Spaulding
Gary S. Thompson
Allison M. Lefrak
Richard W. Roberts
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220

Bernard J. Casey, D.C. Bar No. 112219
Casey ADR Services
1920 Jones Street
San Francisco, CA 9413
Phone: (415) 515-0855

- and -

CENTER FOR CONSTITUTIONAL RIGHTS

DCLIB-510404.1-999933-79566

- 2 -

>Gitanjali S. Gutierrez (NY1234)
>666 Broadway, 7th Floor
>New York, New York 10012
>Tel: (212) 614-6439
>
>*Counsel for Petitioners*