UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi, et al.**<br>   *Petitioners,*<br>              v.<br>**George W. Bush, et al.**<br>   *Respondents.* | Civil Action No. 05-CV-2479 (HHK) |

### NOTICE OF NON-OPPOSITION TO RESPONDENTS' MOTIONS TO DESIGNATE PARAGRAPH 9 OF BUZBY DECLARATION AS "PROTECTED INFORMATION"

Having reviewed the declaration submitted by Respondents in support of their motion in the above-captioned case to treat as "protected" the information in paragraph 9 of the Declaration of Rear Admiral Mark H. Buzby, dated February 8, 2008, Petitioners have elected not to oppose Respondents' motion. Petitioners, however, continue to believe that designating the information in paragraph 9 as "protected" is unjustified.

Dated: March 11, 2008

                                                  Respectfully submitted,

                                                          /s/

                                        Douglas K. Spaulding, D.C. Bar No. 936948
                                        REED SMITH LLP
                                        1301 K Street, NW
                                        Suite 1100 – East Tower
                                        Washington, DC 20005
                                        Phone: (202) 414-9220

                                        Bernard J. Casey, D.C. Bar No. 112219
                                        Casey ADR Services
                                        3018 NE 32nd Pl.
                                        Portland, OR 97212
                                        Phone: (415) 515-0855

                                        - and -

                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        Gitanjali S. Gutierrez (NY1234)
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel: (212) 614-6439

                                        *Counsel for Petitioners*