UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, et al.,<br><br>     Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br><br>     Respondents. | Civil Action 05-02479 (HHK) |

**ORDER**

Before the court is petitioners' motion to transfer and consolidate [#31]. Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 19th day of March, 2008 hereby

**ORDERED** that petitioners' motion to transfer and consolidate [# 31] is **DENIED** as motion is moot.

                    Henry H. Kennedy, Jr.
                    United States District Judge