UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, et al.,<br><br>　　　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH,<br><br>　　　　　　Respondents. | Civil Action 05-02479 (HHK) |

**ORDER**

Before the court is petitioners' motion to compel respondents to comply with the amended protective order and permit petitioners' counsel to visit petitioners [#34]. Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 19th day of March, 2008, hereby

**ORDERED** that petitioners' motion to compel respondents to comply with the amended protective order and permit petitioners' counsel to visit petitioners [#34] is **DENIED** without prejudice to renewal after the Supreme Court issues its decision in *Boumediene v. Bush,* 476 F.3d 981 (D.C. Cir. 2007), *cert. granted*, 127 S. Ct. 3078 (June 29, 2007).

　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge