UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, et al.,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br><br>    Respondents. | Civil Action 05-02479 (HHK) |

**ORDER**

Before the court is petitioners' motion to stay and abey this action [#66]. Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 20th day of March, 2008 hereby

**ORDERED** that petitioners' motion to stay and abey this action [#66] is **GRANTED.**

                Henry H. Kennedy, Jr.
                United States District Judge